UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Sovereign Bank et al.</u>

     v.                       Civil No. 09-cv-335-JM

<u>Findings Incorporated et al.</u>

### **O R D E R**

The Court has been advised that Findings Incorporated has filed for relief under the Bankruptcy Code; therefore, pursuant to 11 U.S.C. § 362, the case is automatically stayed only as to the bankrupt party and shall proceed as to the remaining parties in the case. On request of a party in interest, the Bankruptcy Court may grant relief from this stay.

It is therefore ordered that the counsel for Petitioner in Bankruptcy shall file a status report on January 1 and July 1 of each year until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues. Failure to respond will result in the referral of the action to a judicial officer for sanctions which may include imposition of fines.

                                                  By the Court,

November 30, 2009                       /s/ James R. Muirhead
                                             James R. Muirhead
                                             United States Magistrate Judge

cc:    Peter G. Callaghan, Esq.
        Lawrence P. Heffernan, Esq.
        Edmond J. Ford, Esq.
        James S. LaMontagne, Esq.